| | |
|---|---|
| Dillingham & Murphy, LLP<br>William F. Murphy (SBN 82482)<br>Barbara L. Harris Chiang (SBN 206892)<br>601 California Street, Suite 1900<br>San Francisco, CA 94108<br>Telephone:  (415) 397-2700<br>Facsimile:   (415) 397-3300<br>wfm@dillinghammurphy.com<br>bhc@dillinghammurphy.com<br><br>Attorneys for Defendant and Counterclaimant<br>JWIN ELECTRONICS CORP. d/b/a ILUV CREATIVE TECHNOLOGIES | Brian E. Mitchell (SBN 190095)<br>Marcel F. De Armas (SBN 289282)<br>Mitchell + Company<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone:    (415) 766-3515<br>Facsimile:     (415) 402-0058<br>Email:     brian.mitchell@mcolawoffices.com<br><br>Attorneys for Plaintiff And Counter-Defendant<br>INCASE DESIGNS, CORP |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| INCASE DESIGNS, CORP,<br><br>             Plaintiff,<br><br>     vs.<br><br>JWIN ELECTRONICS CORP. d/b/a ILUV CREATIVE TECHNOLOGIES,<br><br>             Defendant.<br>_____<br>JWIN ELECTRONICS CORP. d/b/a ILUV CREATIVE TECHNOLOGIES,<br><br>             Counterclaimant,<br><br>     vs.<br><br>INCASE DESIGNS, CORP<br><br>             Counterdefendant. | Case No.: 3:13-cv-03340-EMC<br><br>**STIPULATION AND [P~~ROPOS~~ED]<br>ORDER SELECTING ADR PROCESS** |

## **STIPULATION**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1. The parties agree to participate in the following ADR process: Mediation, with a mediator appointed from the Court's ADR panel (ADR L.R. 6); and

2. The parties agree to hold the ADR session by: December 30, 2013.

Dated: October 10, 2013          DILLINGHAM & MURPHY, LLP

By: /s/ *Barbara L. Harris Chiang*
     Barbara L. Harris Chiang

Attorneys for Defendant jWIN Electronics, Corp.

Dated: October 10, 2013          Mitchell + Company

By: /s/ *Brian E. Mitchell*
     Brian E. Mitchell

Attorneys for Incase Designs, Corp.

# [~~PROPOSED~~] ORDER

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: October 16, 2013

_____
Edward M. Chen
UNITED STATES DISTRICT JUDGE

