| | |
|---|---|
| Dillingham & Murphy, LLP | Brian E. Mitchell (SBN 190095) |
| William F. Murphy (SBN 82482) | Marcel F. De Armas (SBN 289282) |
| Barbara L. Harris Chiang (SBN 206892) | Mitchell + Company |
| 601 California Street, Suite 1900 | 4 Embarcadero Center, Suite 1400 |
| San Francisco, CA 94108 | San Francisco, CA 94111 |
| Telephone: (415) 397-2700 | Telephone: (415) 766-3515 |
| Facsimile: (415) 397-3300 | Facsimile: (415) 402-0058 |
| wfm@dillinghammurphy.com | Email: brian.mitchell@mcolawoffices.com |
| bhc@dillinghammurphy.com | |

Attorneys for Defendant and Counterclaimant
JWIN ELECTRONICS CORP. d/b/a ILUV CREATIVE TECHNOLOGIES

Attorneys for Plaintiff And Counter-Defendant
INCASE DESIGNS, CORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| INCASE DESIGNS, CORP,<br><br>Plaintiff,<br><br>vs.<br><br>JWIN ELECTRONICS CORP. d/b/a ILUV CREATIVE TECHNOLOGIES,<br><br>Defendant. | Case No.: 3:13-cv-03340-EMC<br><br>**STIPULATION AND [P~~ROPOSE~~D] ORDER SELECTING ADR PROCESS** |
| JWIN ELECTRONICS CORP. d/b/a ILUV CREATIVE TECHNOLOGIES,<br><br>Counterclaimant,<br><br>vs.<br><br>INCASE DESIGNS, CORP<br><br>Counterdefendant. | |

## **STIPULATION**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1. The parties agree to participate in the following ADR process: Mediation, with a mediator appointed from the Court's ADR panel (ADR L.R. 6); and

2. The parties agree to hold the ADR session by: December 30, 2013.

Dated: October 10, 2013          DILLINGHAM & MURPHY, LLP

By: /s/ *Barbara L. Harris Chiang*
      Barbara L. Harris Chiang

Attorneys for Defendant jWIN Electronics, Corp.

Mitchell + Company

Dated: October 10, 2013

By: /s/ *Brian E. Mitchell*
      Brian E. Mitchell

Attorneys for Incase Designs, Corp.

# [~~PROPOSED~~] ORDER

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: October 16, 2013



_____
Edward M. Chen
UNITED STATES DISTRICT JUDGE