| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| 2 | WILLIAM F. MURPHY (SBN 82482)<br>BARBARA L. HARRIS CHIANG (SBN 206892) |
| 3 | 601 California Street, Suite 1900<br>San Francisco, California 94108-2824 |
| 4 | Telephone: (415) 397-2700<br>Facsimile:  (415) 397-3300 |
| 5 | Email: wfm@dillinghammurphy.com<br>       bhc@dillinghammurphy.com |
| 6 | Attorneys for Defendant and Counter-Claimant |
| 7 | JWIN ELECTRONICS CORP. dba<br>ILUV CREATIVE TECHNOLOGIES |
| 8 | MITCHELL + COMPANY |
| 9 | BRIAN E. MITCHELL (SBN 190095)<br>MARCEL F. DE ARMAS (SBN 289282) |
| 10 | 4 Embarcadero Center, Suite 1400<br>San Francisco, California 94111 |
| 11 | Telephone: (415) 766-3515<br>Facsimile:  (415) 402-0058 |
| 12 | Email: brian.mitchell@mcolawoffices.com<br>       mdearmas@mcolawoffices.com |
| 13 | |
| 14 | Attorneys for Plaintiff and Counter-Defendant<br>INCASE DESIGNS, CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INCASE DESIGNS, CORP.<br><br>         Plaintiff,<br><br>   v.<br><br>JWIN ELECTRONICS CORP. d/b/a/ ILUV CREATIVE TECHNOLOGIES<br><br>         Defendant.<br><br>AND RELATED COUNTER-CLAIMS. | Case No.: CV 13 03340 EMC<br><br>[PROPOSED] ORDER TO CONTINUING THE CASE MANAGEMENT CONFERENCE AND MOTION TO STRIKE ANSWER |

Page 1 – Case No. CV 13 03340
[PROPOSED] ORDER TO CONTINUING THE CASE MANAGEMENT CONFERENCE AND MOTION TO STRIKE AFFIRMATIVE DEFENSES

1  The Case Management Conference and Plaintiff's Motion to Strike the Answer,
2  currently scheduled for December 11, 2013 at 10:00 a.m. is continued to ___February 13, 2014 at 1:30 p.m.___
3  IT IS SO ORDERED.

4
5  Dated: December __4__, 2013  _____
   Hon. Edward M. Chen
6  United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Page 2 – Case No. CV 13 03340
[PROPOSED] ORDER TO CONTINUING THE CASE MANAGEMENT CONFERENCE AND MOTION TO STRIKE AFFIRMATIVE DEFENSES