DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
BARBARA L. HARRIS CHIANG (SBN 206892)
601 California Street, Suite 1900
San Francisco, California 94108-2824
Telephone:  (415) 397-2700
Facsimile:  (415) 397-3300
Email:  wfm@dillinghammurphy.com
        bhc@dillinghammurphy.com

Attorneys for Defendant and Counter-Claimant
JWIN ELECTRONICS CORP. dba
ILUV CREATIVE TECHNOLOGIES

MITCHELL + COMPANY
BRIAN E. MITCHELL (SBN 190095)
MARCEL F. DE ARMAS (SBN 289282)
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:  (415) 766-3515
Facsimile:  (415) 402-0058
Email: brian.mitchell@mcolawoffices.com
       mdearmas@mcolawoffices.com

Attorneys for Plaintiff and Counter-Defendant
INCASE DESIGNS, CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INCASE DESIGNS, CORP.<br><br>    Plaintiff,<br><br>    v.<br><br>JWIN ELECTRONICS CORP. d/b/a/ ILUV CREATIVE TECHNOLOGIES<br><br>    Defendant.<br><br>AND RELATED COUNTER-CLAIMS. | Case No.: CV 13 03340 EMC<br><br>[PROPOSED] ORDER TO CONTINUING THE CASE MANAGEMENT CONFERENCE AND MOTION TO STRIKE ANSWER |

Page 1 – Case No. CV 13 03340
[PROPOSED] ORDER TO CONTINUING THE CASE MANAGEMENT CONFERENCE AND MOTION
TO STRIKE AFFIRMATIVE DEFENSES

1 | The Case Management Conference and Plaintiff's Motion to Strike the Answer,
2 | currently scheduled for December 11, 2013 at 10:00 a.m. is continued to <u>February 13,</u> 2014 at 1:30 p.m.
3 | IT IS SO ORDERED.

Dated: December <u>4</u>, 2013

_____
Hon. Edward M. Chen
United States District Court Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

Page 2 – Case No. CV 13 03340
[PROPOSED] ORDER TO CONTINUING THE CASE MANAGEMENT CONFERENCE AND MOTION TO STRIKE AFFIRMATIVE DEFENSES