Brian E. Mitchell (SBN 190095)
brian.mitchell@mcolawoffices.com
Marcel F. De Armas (SBN 289282)
mdearmas@mcolawoffices.com
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-766-3515
Facsimile: 415-402-0058

Attorneys for Plaintiff and Counterdefendant,
INCASE DESIGNS, CORP

William F. Murphy (SBN 82482)
Barbara L. Harris Chiang (SBN 206892)
DILLINGHAM & MURPHY, LLP
601 California Street, Suite 1900
San Francisco, CA 94108
Telephone: 415-397-2700
Facsimile:  414-3973300

Attorneys for Defendant and Counterclaimant
JWIN ELECTRONICS CORP. *dba*
ILUV CREATEIVE TECHNOLOGIES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INCASE DESIGNS, CORP, <br><br> Plaintiff, <br><br> v. <br><br> JWIN ELECTRONICS CORP, *dba* ILUV CREATIVE TECHNOLOGIES <br><br> Defendant. | Case No. 3:13-cv-03340 EMC <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Incase Designs, Corp and Defendant jWIN Electronics Corp. *dba* iLuv Creative Technologies by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in the above-captioned action.   Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

MITCHELL + COMPANY

Dated: February 11, 2014      By:  */s/ Brian E. Mitchell*
                                   Brian E. Mitchell
                                   Marcel F. De Armas

Attorneys for Plaintiff and Counterdefendant,
INCASE DESIGNS, CORP

DILLINGHAM & MURPHY, LLP

Dated: February 11, 2014      By:  */Barbara L. Harris Chiang*
                                   Barbara L. Harris Chiang
                                   William F. Murphy

Attorneys for Defendant and Counterclaimant,
jWIN Electronics Corp. *dba* iLuv Creative Technologies

**[PROPOSED] ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: 2/12/14

APPROVED
Judge Edward M. Chen

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

1

**ATTESTATION**

I, Marcel De Armas, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Barbara L. Harris Chiang has concurred in this filing.

Dated: February 11, 2014        By: */s/ Marcel De Armas*
                                                Marcel F. De Armas